STATE v. JOSEPH HEBERT, JOSEPH PALMER and MOSES SHEM-
PIN.

*Practice. Exceptions in criminal prosecutions.*

The refusal of the county court to allow a bill of exceptions in a criminal prosecution is a
matter within their discretion, which cannot be revised by the supreme court.

THE respondents were indicted for larceny, and for receiving
stolen goods, knowing them to have been stolen, and were put
upon trial in the county court, upon their pleas of *not guilty*, at the
January Term, 1855,—UNDERWOOD, J., presiding.

During the progress of the trial several exceptions were taken
by the respondents to the rulings of the court; and after a verdict
of guilty, they moved to have their exceptions allowed and placed
upon the record and the sentence respited; but upon hearing, and
on examination of the exceptions, the court declined to allow them
and proceeded to sentence the respondents. After the sentence
the counsel for the respondents claimed to have said exceptions
allowed as a matter of right, in order to be carried to the supreme
court; and they were then allowed.

In this court, the state's attorney moved to have the exceptions
dismissed on account of their not having been allowed until after
the respondents were sentenced.

*A. Howard, Jr.*, state's attorney, in support of the motion.

——— ——— for the respondents.

The opinion of the court was delivered by

ISHAM, J. The exceptions in this case must be dismissed. It
is within the discretion of the county court to allow exceptions or
not, in prosecutions of this character. If they are allowed, the
statute provides that the case shall thereupon pass to the supreme
court for a final decision; and judgment, sentence and execution
shall be respited and stayed. If the court refuse to allow excep-
tions, it is not a matter that can be reconsidered in this court.
Comp. Stat. 228, § 72–73–74. As the county court, in this case,
have proceeded to judgment and sentence, and to carry their sen-
tence into execution, we must consider that procedure as a refusal
to allow exceptions, and as vacating the one which is brought into
this court. The prosecution is ended after sentence is pronounced.